BARRY E. HINKLE, Bar No. 071223
PATRICIA A. DAVIS, Bar No. 179074
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
KRISTINA M. ZINNEN, Bar No. 245346
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091
Telephone (510) 337-1001
Facsimile (510) 337-1023

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ROBERT BEADLES, INC., a California Corporation; and DOES 1 - 10,<br><br>　　　　　Defendant. | No.   C 09-02557 PJH<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO STAY PROCEEDINGS** |

///
///
///
///
///
///

NOTICE OF SETTLEMENT AND REQUEST TO STAY PROCEEDINGS
Case No. C 09-02557 PJH

1  Plaintiffs, by and through their counsel of record, hereby notify the Court that Plaintiffs and
2  Defendant have reached a settlement in the above-captioned case. The parties are in the process of
3  finalizing the settlement documents and anticipate that a dismissal will be filed within the next
4  thirty (30) days. Plaintiffs respectfully request that the Court stay this matter to allow the parties to
5  formalize their settlement. Additionally, Plaintiffs respectfully request that the Initial Case
6  Management Conference set for March 25, 2010 at 2:00 p.m. be taken off the Court's calendar.

Dated: March 4, 2010

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: /s/ Kristina M. Zinnen
KRISTINA M. ZINNEN
Attorney for Plaintiffs

121907/563444

THE CASE MANAGEMENT CONFERENCE IS CONTINUED TO APRIL 29, 2010. THE DATE MAY BE VACATED IF A STIPULATION FOR DISMISSAL IS FILED BEFORE THAT DATE.

3/8/10

*IT IS SO ORDERED*
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
(510) 337-1001

NOTICE OF SETTLEMENT AND REQUEST TO STAY PROCEEDINGS
Case No. C 09-02557 PJH

# PROOF OF SERVICE

I am a citizen of the United States, and a resident of the State of California. I am over the age of eighteen years, and not a party to the within action. My business address is 1001 Marina Village Parkway, Suite 200, Alameda, California 94501-1091. On March 4, 2010, I served upon the following parties in this action:

Richard Ward, President  
RBI Construction, Inc.  
1807 – 132nd Ave. NE, #2  
Bellevue, WA 98005  

RBI Construction, Inc.  
1807 – 132nd Ave. NE, #2  
Bellevue, WA 98005  

copies of the document(s) described as:

**NOTICE OF SETTLEMENT AND REQUEST TO STAY PROCEEDINGS**

[X] **BY MAIL** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

[ ] **BY PERSONAL SERVICE** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused the same to be delivered by hand to the offices of each addressee.

[ ] **BY OVERNIGHT DELIVERY SERVICE** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and placed the same for collection by Overnight Delivery Service by following the ordinary business practices of Weinberg, Roger & Rosenfeld, Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of Overnight Delivery Service correspondence, said practice being that in the ordinary course of business, Overnight Delivery Service correspondence is deposited at the Overnight Delivery Service offices for next day delivery the same day as Overnight Delivery Service correspondence is placed for collection.

[ ] **BY FACSIMILE** I caused to be transmitted each document listed herein via the fax number(s) listed above or on the attached service list.

I certify that the above is true and correct. Executed at Alameda, California, on March 4, 2010.

*Karen Scott*  
Karen Scott

WEINBERG, ROGER &  
ROSENFELD  
A Professional Corporation  
1001 Marina Village Parkway  
Suite 200  
Alameda, CA 94501-1091  
510.337.1001