```
 1
 2
 3
 4
 5
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                   NORTHERN DISTRICT OF CALIFORNIA
10
11   BOARD OF TRUSTEES, in their )
     capacities as Trustees of   )
12   the LABORERS HEALTH AND     )    No. C09-2557 PJH (BZ)
     WELFARE TRUST FUND FOR      )
13   NORTHERN CALIFORNIA, et al. )    ORDER SCHEDULING HEARING ON
                                 )    PLAINTIFFS' MOTION FOR
14                               )    DEFAULT JUDGMENT
              Plaintiff(s),      )
15                               )
         v.                      )
16                               )
     ROBERT BEADLES, INC., a     )
17   California Corporation, and )
     DOES 1 -10,                 )
18                               )
                                 )
19            Defendant(s).      )
                                 )
20   _____)
```

21    **TO ALL PARTIES AND COUNSEL OF RECORD:**

22        **IT IS HEREBY ORDERED** that pursuant to the Court's
23    discretion under Rule 55(b)(2) of the Federal Civil Rules of
24    Civil Procedure, a hearing on plaintiffs' motion for default
25    judgment is set for **Wednesday, August 4, 2010, at 10:00 a.m.**
26    in Courtroom G, 15th Floor, Federal Building, San Francisco,
27    California, 94102.
28        Claims for attorneys' fees should be supported by billing

1

records. Plaintiffs should be prepared to prove their damages by competent testimony or other admissible evidence. If plaintiffs intend to prove damages by affidavits or declarations, the affiant or declarant should have personal knowledge of all matters to which she testifies. For all evidence, proper foundations must be established. For an explanation of the evidentiary requirements for proving damages in a default case, the parties are encouraged to consult Chapter Six of <u>Civil Procedure Before Trial</u> by William W. Schwarzer, A. Wallace Tashima, and James M. Wagstaffe.

Defendant should attend the hearing if they contest the validity or amount of plaintiffs' claim. Seven days before the hearing, on **Wednesday, July 28, 2010**, plaintiffs shall file a declaration setting forth in detail all steps taken to serve defendant with notice of this hearing.

Dated: June 17, 2010

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\BD OF TRUSTEES V. BEADLES\DEF.SCHED.ORD.wpd

2