UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES, in their )
capacities as Trustees of )
the LABORERS HEALTH AND ) No. C09-2557 PJH (BZ)
WELFARE TRUST FUND FOR )
NORTHERN CALIFORNIA, et al. )
                             )
                             )
         Plaintiff(s),       )    **HEARING ORDER**
                             )
    v.                       )
                             )
ROBERT BEADLES, INC., a      )
California Corporation, and  )
DOES 1 -10,                  )
                             )
                             )
         Defendant(s).       )
                             )
_____)

   Having received plaintiff's supplemental brief (Docket No. 39), **IT IS ORDERED** that a hearing is scheduled for **November 3, 2010 at 10:00 a.m.,** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  Plaintiffs shall be prepared to testify regarding the calculation of unpaid contributions due to

///

///

1

Laborers Trust Funds by defendant as well as interest and liquidated damages due thereon.

Dated: October 19, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\BD OF TRUSTEES V. RBI\HEARING ORDER TO APPEAR.wpd

2