UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES,

    Plaintiff,                                     No. C 09-2557 PJH

    v.                                            **ORDER TO SHOW CAUSE**

RBI CONSTRUCTION, et al.,

    Defendants.

_____/

TO PLAINTIFF BOARD OF TRUSTEES:

YOU ARE HEREBY ORDERED TO SHOW CAUSE IN WRITING no later than June 10, 2013 why the court should not enter a judgment terminating the above-entitled action.

On September 10, 2012, the court granted plaintiff's motion for an order setting aside the default judgment entered on November 24, 2010, and permitting the filing of a renewed motion for default judgment. However, plaintiff failed to file a renewed motion, and also failed to comply with the order to file a proof of service showing service of the September 10, 2011 order on defendant Robert Beadles, Inc.

Accordingly, if the court receives no response from plaintiff by June 10, 2013, it will enter a judgment terminating the case for lack of prosecution.

**IT IS SO ORDERED.**

Dated: May 28, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge