UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES,

    Plaintiff,

v.

ROBERT BEADLES, INC.,

    Defendant.

_____/

No. C 09-2557 PJH

**ORDER DISCHARGING ORDER TO SHOW CAUSE; ORDER OF REFERENCE TO MAGISTRATE JUDGE**

The order to show cause, issued May 28, 2013, is DISCHARGED.

Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for a report and recommendation on plaintiff's renewed motion for default judgment.

The parties will be advised of the date, time and place of any appearance by notice from the assigned Magistrate Judge.

Plaintiff shall serve a copy of this order on defendant.

**IT IS SO ORDERED.**

Dated: June 13, 2013

                                            _____
                                            PHYLLIS J. HAMILTON
                                            United States District Judge

cc: MagRef, Assigned M/J