UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE BOARD OF TRUSTEES, et al.,

Plaintiffs,

v.

ROBERT BEADLES, INC., A CALIFORNIA CORPORATION,

Defendant.

Case No. 09-cv-02557-PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

Pursuant to Local Rule 72-1, this matter is referred to Magistrate Judge Kandis A. Westmore for resolution of plaintiffs' application for an order compelling defendant Robert Beadles, Inc. to appear before this court, to furnish information to aid in enforcement of the judgment entered in this matter on December 10, 2013, and to answer questions as stated in the application for order to appear for debtor examination (Doc. 72).

**IT IS SO ORDERED.**

Date:   October 27, 2015

_____
PHYLLIS J. HAMILTON
United States District Judge

cc:  MagRef, Assigned M/J, counsel of record