BARRY E. HINKLE, Bar No. 071223
TRACY L. MAINGUY, Bar No. 176928
PATRICIA A. DAVIS, Bar No. 179074
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
Weinberg, Roger & Rosenfeld
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone  (510) 337-1001
Fax  (510) 337-1023
E-Mail:  bhinkle@unioncounsel.net
         tmainguy@unioncounsel.net
         pdavis@unioncounsel.net
         clozano@unioncounsel.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, IN THEIR CAPACITIES AS TRUSTEES OF THE LABORERS HEALTH AND WELFARE FUND, et al.,<br><br>                Plaintiffs,<br><br>     v.<br><br>ROBERT BEADLES, INC.,<br><br>                Defendant. | No. 4:09-cv-02557-PJH (KAW)<br><br>[PROPOSED] AMENDED ORDER FOR APPEARANCE AND EXAMINATION OF DEBTOR ASSETS |

//
//
/
//
//
//
//
//
//

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

TO: Defendant ROBERT BEADLES, INC., A California Corporation, and ROBERT DALE BEADLES, Defendant's Agent for Service of Process:

YOU ARE HEREBY ORDERED TO APPEAR personally before this Court, or before a referee appointed by the Court, on <u>December 14</u>, 2015 at <u>11:00</u> a.m. at the courthouse located at 1301 Clay Street, Oakland California 94612, to furnish information to aid in enforcement of the judgment entered against you on December 10, 2013 and to answer questions concerning property in your possession or control as stated in Plaintiffs' Application for Order to Appear for Debtor Examination, attached hereto as Exhibit "A."

Dated: <u>November 25</u>, 2015

_____
KANDIS A. WESTMORE
United States Magistrate Judge

121907/838648

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2

[PROPOSED] AMENDED ORDER FOR APPEARANCE AND EXAMINATION OF DEBTOR ASSETS
Case No. 4:09-cv-02557-PJH (KAW)

# EXHIBIT A

# EXHIBIT A

BARRY E. HINKLE, Bar No. 071223
TRACY L. MAINGUY, Bar No. 176928
PATRICIA A. DAVIS, Bar No. 179074
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone  (510) 337-1001
Fax  (510) 337-1023
E-Mail:  bhinkle@unioncounsel.net
         tmainguy@unioncounsel.net
         pdavis@unioncounsel.net
         clozano@unioncounsel.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, IN THEIR CAPACITIES AS TRUSTEES OF THE LABORERS HEALTH AND WELFARE FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT BEADLES, INC.,<br><br>Defendant. | No. C-09-2557 PJH<br><br>**PLAINTIFFS' APPLICATION FOR ORDER TO APPEAR FOR DEBTOR EXAMINATION**<br><br>Date:   December 2, 2015<br>Time:   9:00 a.m.<br>Dept.:  Courtroom 3, 3rd Floor<br>Judge:  Hon. Phyllis J. Hamilton |

TO: Defendant ROBERT BEADLES, INC., a California Corporation (hereinafter "Defendant") and ROBERT DALE BEADLES, Defendant's Agent for Service of Process:

1. Plaintiff THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND, Judgment creditor, makes this application for an order requiring Defendant to aid in the enforcement of the Final Judgment entered on December 10, 2013 (attached hereto as Exhibit "A") in the above-entitled Court.

//

//

//

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

PLAINTIFFS' APPLICATION FOR ORDER TO APPEAR FOR DEBTOR EXAMINATION
Case No. C-09-2557 PJH

**EXHIBIT A**
**Page 1 of 4**

2. Plaintiffs request that Defendant produce the following records to be examined:

   a. California Quarterly Report of Wages, For DE-6;
   b. Federal Tax Forms W-3 and W-2;
   c. 1096 and 1099 Forms;
   d. Workers Compensation Insurance Reports;
   e. Quarterly Payroll Tax Returns (Form 941);
   f. Check registers and supporting cash vouchers;
   g. General Ledger (portion relating to payroll audit);
   h. Payroll Registers/Journals;
   i. Individual Earnings Records;
   j. Cash Disbursements Ledger;
   k. Accounts Payable Ledger; and
   l. Vendor Invoice.

Dated: October 26, 2015

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: */s/ Concepcion E. Lozano-Batista*
CONCEPCIÓN E. LOZANO-BATISTA
Attorneys for Petitioner

121907\835252

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

PLAINTIFFS' APPLICATION FOR ORDER TO APPEAR FOR DEBTOR EXAMINATION
Case No. C-09-2557 PJH

**EXHIBIT A2**
**Page 2 of 4**

# EXHIBIT A

# EXHIBIT A

**EXHIBIT A**
**Page 3 of 4**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES et al.,

    Plaintiffs,

v.

ROBERT BEADLES, INC.,

    Defendant.

_____/

No. C 09-2557 PJH

**FINAL JUDGMENT**

    The court having granted plaintiff's motion for default judgment in part and denied it in part,

    It is Ordered and Adjudged

    that plaintiffs are awarded unpaid contributions in the amount of $74,879.59; (2) interest and liquidated damages on the unpaid contributions in the amount of $94,378.62; (3) attorney's fees and costs in the amount of $20,030.23; and (4) a mandatory injunction requiring defendant to submit to an audit of its financial records by plaintiffs for the period January 1, 2007 to the present.

    Further, the court retains jurisdiction over the parties and the subject matter to enforce the mandatory injunction and to entertain a motion for a further money judgment, should the audit disclose additional amounts that may be owed by defendant.

**IT IS SO ORDERED.**

Dated: December 10, 2013

PHYLLIS J. HAMILTON
United States District Judge

EXHIBIT A

Page 4 of 4

EXHIBIT A